JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION 1710 I.B.E.W. HEALTH & WELFARE FUND,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROS ELECTRICAL SUPPLY AND EQUIPMENT COMPANY, LLC, a California limited liability company<br><br>　　　Defendant | CASE NO. 2:12-CV-7262-SVW-PJW<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 13, 2012

_____
THE HON. STEPHEN V. WILSON
United States District Judge